UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                                           CASE NO.: 10-08776-8-JRL

InfoStrength, Inc.                                                                       CHAPTER 7
P.O. Box  110353
Durham, NC   27709
Tax ID: xx-xxx7384
                    Debtor(s)

MOTION OF PRIVATE SALE OF TANGIBLE AND INTANGIBLE
PERSONAL PROPERTY

TO:  ALL CREDITORS, INDENTURE TRUSTEES AND COMMITTEES APPOINTED
      OR ELECTED IN THIS CASE ACCORDING TO LAW

     Motion is hereby made and Notice is hereby given by Richard DeWitte Sparkman, Chapter 7 Trustee for an Order authorizing the sale of the following  tangible and intangible personal property at private sale:

- InfoStrength Smart Enterprise Suite Software code, documentation and run time application

- InfoStrength trademarked name and symbol

- InfoStrength Service Agreement with MethodSense

- 4 Dell Servers with Supporting hardware and  accessories (monitor, mouse and miscellaneous hardware), installed SQL Server License and  other Microsoft software  all located at Hosted Solutions

- 1 large Conference table

- 1 small Conference table

- 12 Office Chairs

- Miscellaneous kitchen glassware

- 1 file cabinet with casters

- Software books (all outdated)

- Old non-operational computers (written off but not disposed) - located at a storage facility

The above referenced property has not been appraised. The tables and chairs located in at North State storage, 900 Morrisville Parkway, Morrisville, NC 27560 were valued in Debtor's petition at $100.00. Computer equipment owned by the Debtor located Hosted Solutions was valued at $800.00 per Debtor's petition. The only property of any value to the buyer is the InfoStrength Smart Enterprise Suite Software Code, documentation and run time application, Trade Mark, and Service Agreement between Debtor & MethodSense, as well as the information and for servers located at Hosted Solutions.

The Trustee proposes to sell the above described personal property to MethodSense, Inc., 3200 NC Hwy. 54, RTP North Carolina 27709-9998 for the total purchase price of $5,000.00.

The Trustee is credibly informed that the offer received for said property is a fair and reasonable price for the property and that it would be to the benefit and best interest of the estate for the Trustee to accept said offer and sell the property at a private sale. The Trustee submits to the Court that the purchaser is an interested party in that MethodSense, Inc. have common ownership through Margaret E. King (aka Rita Geiger) and husband Russell King. The Debtor provided certain services known as "InfoStrenght Smart Enterprise Suite" (" SES")  on a software-as-a-service  basis to customers which included MethodSense.  Pursuant to certain application service provider and other such agreements.  The Debtor provided the foregoing hosting-related services to its customers for  the SES Software by and through servers, software and related equipment owned by the Debtor and located  in a data center operated by  Hosted Solutions, LLC.. ISI is no longer able to comply with its obligations  under its customer agreements, and a sale of the assets to MethodSense  is necessary in order to maintain continuity of services to its limited customers.

The Trustee is informed that there is no market for this software in that the customer base is small and specialized. Time is of the essence in the approval of the sale in order that MethodSense can maintain payment to Hosted Solutions and servicing of the software on its server.

WHEREFORE, Richard DeWitte Sparkman, Chapter 7 Trustee requests authorization to privately sell the above described personal property to MethodSense, Inc. for the sum of $5,000.00.

DATE OF MAILING: November 5, 2010

RICHARD D. SPARKMAN & ASSOCIATES, P.A.

BY: /s/Richard DeWitte Sparkman

Richard DeWitte Sparkman
Bankruptcy Trustee
State Bar No. 6857
P. O. Box 1687
Angier, NC 27501
Telephone No. (919) 639-6181